UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-1168 (JLK)

ALFREDO BEAUCHAMP,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion for EAJA Attorney Fees, pursuant to the Equal Access to Justice Act ["EAJA"] 28 U.S.C. § 2412(d), filed July 22, 2005.  In the motion, Plaintiff seeks an award of attorneys fees and expenses under the EAJA as a prevailing party in the amount of $4,543.00.  Attached to the motion is a Statement of Attorney Hours detailing the time spent by Plaintiff's counsel and the applicable rates under the EAJA.  On August 2, 2005, Defendant filed a Notice of Intent to Not Object to Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act.  In the notice Defendant states that this award is without prejudice to Plaintiff's right to seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA, but that such award shall constitute a complete release from, and bar to, any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.  The notice further states that this award shall not be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

The Court, having reviewed the motion and Defendant's notice, hereby

ORDERS that Plaintiff's Motion for EAJA Attorney Fees, filed July 22, 2005, is **GRANTED**.  In accordance therewith, it is

ORDERED that Plaintiff shall be awarded attorney fees in the amount of $4,543.00, which shall be payable directly to Plaintiff's counsel Frederick W. Newall, Esq.

Dated: August 3, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge